UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **JERRY TAVALE ESTEBAN,** ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> **TERESER A. BANKS,** ) <br> ) <br> Respondent. ) <br> _____) | No. CV 08-2851-AJW <br><br> **JUDGMENT** |

    It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: July 14, 2008

_____
Andrew J. Wistrich
United States Magistrate Judge